United States District Court
Southern District of Texas
**ENTERED**
September 29, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| HEALTH FIRST HEALTH PLANS, INC., § § § Plaintiff. § § VS. § § AMERICAN NATIONAL § INSURANCE COMPANY § § Defendant. § | § § § § § § CIVIL ACTION NO. 3:20-cv-00226 § § § § § |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 13, 2021, all dispositive pretrial matters and all non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A). Dkt. 26. Judge Edison filed a memorandum and recommendation on September 13, 2021, recommending that Defendant American National Insurance Company's Amended Motion to Dismiss (Dkt. 21) be granted. *See* Dkt. 38.

On September 27, 2021, the plaintiff filed its objections to the memorandum and recommendation. *See* Dkt. 39. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or

specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 38) is approved and adopted in its entirety as the holding of the court; and

(2) Defendant American National Insurance Company's Amended Motion to Dismiss (Dkt. 21) is granted. Health First's claims under Chapters 541 and 542 should are dismissed. Health First's breach-of-contract claim remains.

Signed on Galveston Island this 29th day of September 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE